IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



UNITED STATES OF AMERICA,

Plaintiff,

vs.

JESSICA HARRINGTON,

Defendant.

Case No. 3:18 MJ 208

ORDER

The United States has filed a motion to dismiss the Complaint (R. 1) without prejudice. For good cause shown, the Court hereby orders that the Complaint be dismissed without prejudice.

6/12/18
Date

Honorable Michael J. Newman
United States Magistrate Judge